| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| RAFFI KHATCHADOURIAN (SBN: 193165)<br>PAMELA L. COX (SBN 191883)<br>HEMAR, ROUSSO & HEALD, LLP<br>15910 VENTURA BLVD., 12TH FLOOR<br>ENCINO, CA 91346<br>818 501-3800<br>818 501-2985<br>193165 | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: CECILIA D. NUDELMAN<br><br>Debtor. | CASE NUMBER 03-37237<br><br>HEARING DATE: November 19, 2008<br>TIME: 1:30 p.m.<br>PLACE: Courtroom 1639 |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ <u>15,163.76</u> which is the sum of all monies deposited with the court on the following date(s) <u>May 5, 2008</u>
on behalf of the creditor <u>PACIFIC WESTERN BANK</u>
on claim number(s) <u>4-1</u>

2. Please check and complete the applicable subparagraph(s) below:

   ☐ a. I am the creditor named in paragraph 1.

   ☒ b. I am an employee of the creditor named in paragraph 1 and my title is <u>Senior Vice President</u>.
   The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ☐ c. I am the creditor and have appointed _____
   as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

   _____
   _____
   _____

(Continued on next page)

---

Revised May 2004  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.  **F 3011-1**



3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

   Pacific Western Bank

   10450 Pioneer Blvd.

   Unit 6

   Santa Fe Springs, CA 90670

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

   N/A

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

| In re CECILIA D. NUDELMAN | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 03-37237 |

_[signature]_
Creditor

RENE GARCIA, SENIOR VICE PRESIDENT
*Type or Print Creditor's Name*

(Corporate Seal
if applicable)

PACIFIC WESTERN BANK
Creditor's Address

10450 PIONEER BLVD., UNIT 6

SANTA FE SPRINGS, CA 90670

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

On _____ before me, personally appeared *(insert name and title of the signer)*

_____

_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

*See attached Acknowledgment*

(SEAL)                                          Notary Public

                                                My commission expires on _____

STATE OF **CALIFORNIA**

COUNTY OF **LOS ANGELES**


On __October 10, 2008__ before me, __L.P. Sklenicka__, notary public, personally appeared
__*** Rene Garcia ***__
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature (s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.


WITNESS my hand and official seal.

[Notary seal: L. P. SKLENICKA, Commission # 1812104, Notary Public - California, Los Angeles County, My Comm. Expires Sep 30, 2012]

_____
Notary Public

My Commission Expires on September 30, 2012

| In re CECILIA D. NUDELMAN | CHAPTER 7 |
| --- | --- |
| Debtor. | CASE NUMBER 03-37237 |

_Signature of Attorney/Attorney-in-Fact (if appointed)_

_Type or Print Name_

Address

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

On _____ before me, personally appeared *(insert name and title of the signer)*

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)

Notary Public

My commission expires on _____

Presented by:

| | |
|---|---|
| In re CECILIA D. NUDELMAN | CHAPTER 7 |
| | CASE NUMBER |
| Debtor. | 2:03-bk-37237-EC |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on <u>October 17, 2008</u>, I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

U.S. Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA  90017

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

Edward M. Wolkowitz
ROBINSON, DIAMANT & WOLKOWITZ
1888 Century Park East, #1500
Los Angeles, CA  90067

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

| | |
|---|---|
| Cecilia D. Nudelman | Paul A. Beck, Esq. |
| 1320 Princeton St., #208 | 611 West 6th Street, Suite 2620 |
| Santa Monica, CA  90404 | Los Angeles, CA  90017 |

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

October 17, 2008
Date

*[signature: Lisa Fields]*
Signature

LISA FIELDS
Type or Print Name