PAMELA L. COX/BAR NO. 191883
**HEMAR, ROUSSO & HEALD LLP**
15910 Ventura Boulevard
12th Floor
Encino, California 91436
(818)501-3800

Refer to: 20032287-PJV

Attorneys for Creditor, PACIFIC WESTERN BANK

ORIGINAL

FILED
OCT 31 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>CECILIA D. NUDELMAN,<br><br>Debtor. | CASE NO. 03-37237 EC<br><br>AMENDED PROOF OF SERVICE TO MOTION FOR ORDER RELEASING UNCLAIMED FUNDS |

TO THE CLERK OF THE COURT:

Attached hereto is the Amended Proof of Service on the Motion for Order Releasing Unclaimed Funds on Debtor's Counsel in the above entitled matter.

DATED: October 29, 2008          HEMAR, ROUSSO & HEALD, LLP

By: /s/ Pamela L. Cox
PAMELA L. COX
Attorneys for Creditor,
PACIFIC WESTERN BANK

1

AMENDED PROOF OF SERVICE TO MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is Hemar, Rousso & Heald, LLP ("the business") 15910 Ventura Blvd., 12th Floor, Encino, CA 91436-2829.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On October 29, 2008, I served the foregoing document described as **AMENDED PROOF OF SERVICE TO MOTION FOR ORDER RELEASING UNCLAIMED FUNDS** on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

<u>Attorney for Debtor</u>

Paul A. Beck, Esq.
13701 Riverside Drive, Suite 701
Sherman Oaks, CA 91423

At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

___ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**XX** (Federal) I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 29, 2008, at Encino, California.

/s/ Lisa A. Fields
LISA A. FIELDS

2

AMENDED PROOF OF SERVICE TO MOTION FOR ORDER RELEASING UNCLAIMED FUNDS